435 A.2d 922

Commonwealth v. Ford, Appellant.
Petition for Allowance of Appeal Denied Nov. 30, 1981.

Sub-mitted December 5, 1980.  Thomas G. Klingensmith, Assist-ant Public Defender, for appellant;  Heather J. Mumma, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.

435 A.2d 922

Commonwealth v. Gallagher, Appellant.
Petition for Allowance of Appeal Denied Dec. 4, 1981.

Submitted December 5, 1980.  Albert J. Flora, Assistant Public Defender, for appellant;  Chester B. Muroski, District Attorney, for Com-monwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.